Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY LIFE ASSOCIATION, A MUTUAL LEGAL RESERVE COMPANY,<br><br>Defendant. | Case No.: 3:24-cv-00439-ART-CSD<br><br>**JOINT STIPULATION AND ORDER TO APPEAR REMOTELY VIA ZOOM FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: February 24, 2025<br>Time: 9:00 a.m.<br>Courtroom: 2 |

1

STIPULATION AND [PROPOSED] ORDER TO APPEAR REMOTELY

1  Plaintiff Erin Robertson ("Plaintiff") and Defendant Fidelity Life Association, A Mutual
2  Legal Reserve Company ("Defendant") (together, the "Parties"), by and through their respective
3  counsel, hereby submit the following Stipulation to Appear Remotely via Zoom Videoconference
4  for the Case Management Conference on Monday, February 24, 2025 at 9:00 a.m.

5  WHEREAS, on January 23, 2025, the Court scheduled an in-person Case Management
6  Conference for Monday, February 24, 2025 at 9:00 a.m. in Courtroom 2 of the above-captioned
7  court located in Reno, Nevada (Dkt. No. 14);

8  WHEREAS, both counsel for Plaintiff and Defendant are located outside Reno, with
9  Plaintiff's counsel residing in Las Vegas and Defendant's counsel residing in California;

10  WHEREAS, the Parties now jointly request permission for both Parties' counsel to appear
11  remotely via Zoom videoconference for the Case Management Conference in the interest of
12  conserving the Parties' resources;

13  WHEREAS, the Parties' request is made in good faith and for good cause as it will
14  substantially reduce the Parties' fees and costs associated with travel in order to appear in person for
15  the Case Management Conference;

16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION AND [PROPOSED] ORDER TO APPEAR REMOTELY

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Parties, through their respective counsel, agree and jointly request permission to appear remotely via Zoom videoconference for the Case Management Conference on Monday, February 24, 2025 at 9:00 a.m.

Dated: January 30, 2025                                  **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

Dated: January 30, 2025                                  **PERKINS COIE LLP**

By: */s/ James G. Snell*
James G. Snell (*pro hac vice*)
Saroop Kaur Sandhu (*pro hac vice*)
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

David R. Koch (NV Bar No. 8830)
**KING SCOW KOCH DURHAM LLC**
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107
dkoch@kskdlaw.com

*Attorneys for Defendant*

## ORDER

Having considered the parties' Stipulation, IT IS HEREBY ORDERED that counsel of Plaintiff and counsel for Defendant may appear via Zoom for the Case Management Conference on February 24, 2025 at 9:00 a.m.

**IT IS SO ORDERED.**
Dated: January 31, 2025

Hon. Craig S. Denney
U.S. Magistrate Judge

3
STIPULATION AND [PROPOSED] ORDER TO APPEAR REMOTELY