**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY LIFE ASSOCIATION, A MUTUAL LEGAL RESERVE COMPANY,<br><br>Defendant. | Case No.: 3:24-cv-00439-ART-CSD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 13)**<br><br>**(FIRST REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff Erin Robertson ("Plaintiff") and Defendant Fidelity Life Association, A Mutual Legal Reserve Company ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby submit the following Stipulation to Extend Time to respond to Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 13).

WHEREAS, on January 21, 2025, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint ("Defendant's Motion") (ECF No. 13);

WHEREAS, Plaintiff's Response to Defendant's Motion is due by February 4, 2025 and Defendant's Reply is due by February 11, 2025;

WHEREAS, counsel for the Parties have conferred and jointly stipulate to extend the briefing schedule related to Defendant's Motion by two (2) weeks, such that Plaintiff's Response to Defendant's Motion shall be due by February 18, 2025, and Defendant's Reply shall be due by February 25, 2025;

WHEREAS, good cause exists for the extension set forth herein as the Parties are discussing whether the matter may be resolved informally and Plaintiff requires additional time to respond to Defendant's Motion;

//
//
//
//
//
//
//
//
//
//
//
//

2

WHEREAS, this is the first extension requested related to Defendant's Motion and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated: January 31, 2025                                **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

Dated: January 31, 2025                                **PERKINS COIE LLP**

By: */s/ James G. Snell*
James G. Snell (*pro hac vice*)
Saroop Kaur Sandhu (*pro hac vice*)
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

David R. Koch (NV Bar No. 8830)
**KING SCOW KOCH DURHAM LLC**
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107
dkoch@kskdlaw.com

*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.**

Dated: January 31, 2025

_____
HON. ANNE R. TRAUM
U.S. DISTRICT JUDGE