1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

13

**DISTRICT OF NEVADA**

14
15

ERIN ROBERTSON, individually and on
behalf of all others similarly situated,

16

Case No. 3:24-cv-00439-ART-CSD

17

Plaintiff,

**ORDER TO EXTEND TIME FOR
DEFENDANT TO REPLY TO
PLAINTIFF'S RESPONSE TO MOTION
TO DISMISS THE COMPLAINT (ECF
NO. 20) - CLASS ACTION**

18

v.

19

FIDELITY LIFE ASSOCIATION,

**(SECOND REQUEST)**

20

Defendant.

21
22
23

Defendant Fidelity Life Association ("Defendant") and Plaintiff Erin Robertson

24

("Plaintiff") (together, the "Parties"), by and through their respective counsel, hereby submit the

25

following Stipulation to Extend Time to reply to Plaintiff's Response to Defendant's Motion to

26

Dismiss Complaint ("Response") (ECF No. 20).

27

WHEREAS, on January 21, 2025, Defendant filed a Motion to Dismiss Plaintiff's Class

28

Action Complaint ("Defendant's Motion") (ECF No. 13);

WHEREAS, Plaintiff's deadline to file a Response to Defendant's Motion was extended via the Court's Order granting the Joint Stipulation to Extend Time to Respond (ECF No. 18) to February 18, 2025 and Defendant's Reply deadline was extended to February 25, 2025;

WHEREAS, counsel for the Parties have conferred and jointly stipulate to extend the briefing schedule related to Defendant's Motion by seven (7) days, such that Defendant's Reply to Plaintiff's Response to Defendant's Motion shall be due by March 4, 2025;

WHEREAS, good cause exists for the extension set forth herein as the Parties are discussing whether the matter may be resolved informally and Defendant requires additional time to Reply to Plaintiff's Response;

WHEREAS, this is the second extension requested related to Defendant's Motion and it is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED AND AGREED between undersigned counsel for the Parties, and pending the Court's approval, that Defendant shall have an additional seven (7) days to Reply to the Plaintiff's Response to Defendant's Motion to Dismiss Complaint (ECF No. 20) filed in this matter. Defendant's current Reply deadline is February 25, 2025. With the requested seven (7) day extension, Defendant's deadline to Reply to the Response is extended to March 4, 2025.

IT IS SO STIPULATED.

Dated:  February 21, 2025

Dated:  February 21, 2025

By: */s/ James G. Snell*
    PERKINS COIE LLP
    James G. Snell, CA Bar No. 173070
    JSnell@perkinscoie.com
    3150 Porter Drive
    Palo Alto, California 94304-1212
    Telephone:    +1.650.838.4300
    Facsimile:    +1.650.838.4350

*Attorneys for Defendant*
*FIDELITY LIFE ASSOCIATION*

By: */s/ Mona Amini*
    KAZEROUNI LAW GROUP APC
    Mona Amini, Esq.
    Nevada Bar No. 15381,
    Gustavo Ponce, Esq.,
    Nevada Bar No. 15084
    6940 S. Cimarron Road, Suite 210
    Las Vegas, Nevada 89113
    Tel: (800) 400-6808

*Attorneys for Plaintiff*
ERIN ROBERTSON, individually and on
behalf of all others similarly situated

## ORDER

IT IS SO ORDERED.

_____

HON. ANNE R. TRAUM
U.S. DISTRICT JUDGE

Dated: _____ 2/24/2025 _____

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY
TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS THE COMPLAINT (ECF NO. 20)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I am an employee of Perkins Coie LLP and on February 21, 2025, I electronically filed and served the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS THE COMPLAINT (ECF NO. 20)** with the United States District Court for the District of Nevada EFile system.

Executed on February 21, 2025, at Palo Alto, California.


*/s/ James G. Snell*
James G. Snell